IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELIA L. TILLEY,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:16-CV-2382-S-BK |
| UNION PACIFIC RAIL ROAD CORP.,<br>Defendant. | § § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion for Summary Judgment, Doc. 46, is **GRANTED**.

SO ORDERED this 24th day of April, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE